**Order filed April 5, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00728-CV**

_____

**CHARLES A. WATSON, Appellant**

**V.**

**LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellees**

**and**

**LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellants**

**V.**

**CHARLES A. WATSON, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2015-28746-C**

## ORDER

Appellant has filed a second unopposed motion to extend time to file his brief. The motion is granted. In accordance with our order of March 8, 2022, setting a briefing schedule:

- Watson's brief as appellant is due **April 25, 2022**;

- Attorneys' brief as appellees and Attorneys' brief as appellants is due **May 25, 2022**;

- Watson's reply brief as appellant, if any, and Watson's brief as appellee is due **June 14, 2022**; and

- Attorneys' reply brief as appellants, if any, is due **July 5, 2022**.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.